# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Solas OLED Ltd., an Irish corporation, | |
| *Plaintiff*, | |
| vs. | CASE NO. 2:19-cv-152 |
| Samsung Display Co., Ltd., a Korean corporation; | |
| Samsung Electronics Co., Ltd., a Korean corporation; and | **JURY DEMANDED** |
| Samsung Electronics America, Inc., a New York corporation; | |
| *Defendants*. | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Solas OLED Ltd. ("Solas"), Plaintiff in the above-captioned action, certifies that there are no corporate parents of Solas. Undersigned counsel further certifies that there are no publicly held entities that own ten percent or more of Solas' stock.

Dated: May 2, 2019          Respectfully submitted,

/s/ Sean A. Luner w/permission by Andrea Fair
Sean A. Luner
State Bar No. 165443
Gregory S. Dovel
State Bar No. 135387
Jonas Jacobson
State Bar No. 269912
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401

Telephone:  310-656-7066
Email:  sean@dovel.com
Email:  greg@dovel.com
Email:  jonas@dovel.com

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

**ATTORNEYS FOR PLAINTIFF,
SOLAS OLED, LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on May 2, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Andrea Fair