IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOLAS OLED LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Case No. 2:19-CV-00152-JRG |
| SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD, and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| Defendants. | | |

## JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER

Plaintiff, with Defendants' agreement, respectfully submits the attached proposed Docket Control Order for the Court's signature.


Dated:  November 6, 2019             */s/ Reza Mirzaie*

　　　　　　　　　　　　　　　　　　Marc Fenster (CA SB No. 181067)
　　　　　　　　　　　　　　　　　　Reza Mirzaie (CA SB No. 246953)
　　　　　　　　　　　　　　　　　　Neil A. Rubin (CA SB No. 181067)
　　　　　　　　　　　　　　　　　　Kent N. Shum (CA SB No. 259189)
　　　　　　　　　　　　　　　　　　Theresa Troupson (CA SBN 301215)
　　　　　　　　　　　　　　　　　　RUSS AUGUST & KABAT
　　　　　　　　　　　　　　　　　　12424 Wilshire Boulevard 12th Floor
　　　　　　　　　　　　　　　　　　Los Angeles, California 90025
　　　　　　　　　　　　　　　　　　Telephone: 310-826-7474
　　　　　　　　　　　　　　　　　　Facsimile: 310-826-6991
　　　　　　　　　　　　　　　　　　E-mail: mfenster@raklaw.com
　　　　　　　　　　　　　　　　　　E-mail: rmirzaie@raklaw.com
　　　　　　　　　　　　　　　　　　E-mail: nrubin@raklaw.com
　　　　　　　　　　　　　　　　　　E-mail: kshum@raklaw.com
　　　　　　　　　　　　　　　　　　E-mail: ttroupson@raklaw.com

　　　　　　　　　　　　　　　　　　Sean A. Luner
　　　　　　　　　　　　　　　　　　CA State Bar No. 165443
　　　　　　　　　　　　　　　　　　Gregory S. Dovel
　　　　　　　　　　　　　　　　　　CA State Bar No. 135387
　　　　　　　　　　　　　　　　　　Jonas B. Jacobson

CA State Bar No. 269912
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Email: sean@dovel.com
Email: greg@dovel.com
Email: jonas@dovel.com

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

**ATTORNEYS FOR PLAINTIFF
SOLAS OLED, LTD.**

Dated: November 6, 2019

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257
Jeffrey H. Lerner – *pro hac vice* pending
jlerner@cov.com
David A. Garr – *pro hac vice* pending
dgarr@cov.com
Jared R. Frisch – *pro hac vice* pending
jfrisch@cov.com
Grant D. Johnson – *pro hac vice* pending
gjohnson@cov.com
Daniel W. Cho – *pro hac vice* pending

- 2 -

dwcho@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-6000
Fax: (202) 662-6291

Robert T. Haslam
rhaslam@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Phone: (650) 632-4700
Fax: (650) 632-4800

**COUNSEL FOR DEFENDANTS SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 6, 2019.

                                                */s/ Reza Mirzaie*
                                                Reza Mirzaie