**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SOLAS OLED LTD., § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> SAMSUNG DISPLAY CO., LTD., et al., § <br> § <br> *Defendants.* § | Case No. 2:19-CV-00152-JRG |

## JOINT MOTION TO EXTEND DEADLINE

Plaintiff Solas OLED Ltd. and Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively "Defendants") respectfully submit this Joint Motion to Extend Deadline.

Pursuant to the Docket Control Order entered on November 8, 2019 (ECF No. 43), the parties' proposed Protective Order is due on November 13, 2019. Plaintiff and Defendants respectfully request that the Court enter an order granting a modest seven-day extension of the deadlines to submit a proposed protective order.

The parties' proposal for the new deadline is as follows:

| Event | Original Deadline | Proposed New Deadline |
|---|---|---|
| File proposed Protective Order | November 13, 2019 | November 20, 2019 |

This Motion does not affect the parties' November 13, 2019 deadline to comply with paragraphs 1 and 3 of the Discovery Order (initial and additional disclosures).

Good cause exists to modify the deadline addressed in this Motion because of the complexity of the case and the issues involved. The parties continue to meet and confer regarding their proposals for the joint filing and endeavor to eliminate or greatly narrow disputes for the

Court. Additionally, the case is in its early stages, and the parties agree that an extension of the above-listed deadline will not prejudice any party. Finally, the requested extension is not sought for the purpose of delay and will not require extension of any other deadlines.

                                                      Respectfully submitted,

Dated: November 13, 2019                */s/ Reza Mirzaie w/permission Andrea Fair*
Marc Fenster (CA SB No. 181067)
Reza Mirzaie (CA SB No. 246953)
Neil A. Rubin (CA SB No. 181067)
Kent N. Shum (CA SB No. 259189)
Theresa Troupson (CA SBN 301215)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
E-mail: mfenster@raklaw.com
E-mail: rmirzaie@raklaw.com
E-mail: nrubin@raklaw.com
E-mail: kshum@raklaw.com
E-mail: ttroupson@raklaw.com

Sean A. Luner
CA State Bar No. 165443
Gregory S. Dovel
CA State Bar No. 135387
Jonas B. Jacobson
CA State Bar No. 269912
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Email: sean@dovel.com
Email: greg@dovel.com
Email: jonas@dovel.com

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com

|  |  |
|---|---|
|  | WARD, SMITH & HILL, PLLC |
|  | PO Box 1231 |
|  | Longview, Texas 75606-1231 |
|  | (903) 757-6400 (telephone) |
|  | (903) 757-2323 (facsimile) |
|  | |
|  | **ATTORNEYS FOR PLAINTIFF** |
|  | **SOLAS OLED, LTD.** |
| Dated:  November 13, 2019 | */s/ Daniel W. Cho w/permission Andrea Fair* |
|  | Melissa R. Smith |
|  | Texas State Bar No. 24001351 |
|  | melissa@gillamsmithlaw.com |
|  | GILLAM & SMITH, LLP |
|  | 303 South Washington Avenue |
|  | Marshall, Texas 75670 |
|  | Phone: (903) 934-8450 |
|  | Fax: (903) 934-9257 |
|  | |
|  | Jeffrey H. Lerner – *pro hac vice* pending |
|  | jlerner@cov.com |
|  | David A. Garr – *pro hac vice* pending |
|  | dgarr@cov.com |
|  | Jared R. Frisch – *pro hac vice* pending |
|  | jfrisch@cov.com |
|  | Grant D. Johnson – *pro hac vice* pending |
|  | gjohnson@cov.com |
|  | Daniel W. Cho – *pro hac vice* pending |
|  | dwcho@cov.com |
|  | COVINGTON & BURLING LLP |
|  | One CityCenter |
|  | 850 Tenth Street, NW |
|  | Washington, DC 20001-4956 |
|  | Phone: (202) 662-6000 |
|  | Fax: (202) 662-6291 |
|  | |
|  | Robert T. Haslam |
|  | rhaslam@cov.com |
|  | COVINGTON & BURLING LLP |
|  | 3000 El Camino Real |
|  | 5 Palo Alto Square, 10th Floor |
|  | Palo Alto, CA 94306-2112 |
|  | Phone: (650) 632-4700 |
|  | Fax: (650) 632-4800 |
|  | |
|  | **COUNSEL FOR DEFENDANTS SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS** |

Co., Ltd., and Samsung Electronics America, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 13th day of November, 2019.

/s/ Andrea Fair
Andrea Fair