# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD., § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Case No. 2:19-CV-00152-JRG |
| § | |
| SAMSUNG DISPLAY CO., LTD., et al., § | |
| § | |
| *Defendants.* § | |

## AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Solas OLED Ltd., with the agreement of Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc., respectfully submits the attached proposed Protective Order for the Court's signature.

Respectfully submitted,

Dated: November 20, 2019

*/s/ Neil A. Rubin*
Marc Fenster (CA SB No. 181067)
Reza Mirzaie (CA SB No. 246953)
Neil A. Rubin (CA SB No. 181067)
Kent N. Shum (CA SB No. 259189)
Theresa Troupson (CA SBN 301215)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
E-mail: mfenster@raklaw.com
E-mail: rmirzaie@raklaw.com
E-mail: nrubin@raklaw.com
E-mail: kshum@raklaw.com
E-mail: ttroupson@raklaw.com

Sean A. Luner
CA State Bar No. 165443
Gregory S. Dovel

- 2 -

        CA State Bar No. 135387
        Jonas B. Jacobson
        CA State Bar No. 269912
        DOVEL & LUNER, LLP
        201 Santa Monica Blvd., Suite 600
        Santa Monica, CA 90401
        Telephone: 310-656-7066
        Email: sean@dovel.com
        Email: greg@dovel.com
        Email: jonas@dovel.com

        T. John Ward, Jr.
        Texas State Bar No. 00794818
        E-mail: jw@wsfirm.com
        Claire Abernathy Henry
        Texas State Bar No. 24053063
        E-mail: claire@wsfirm.com
        Andrea L. Fair
        Texas State Bar No. 24078488
        E-mail: andrea@wsfirm.com
        WARD, SMITH & HILL, PLLC
        PO Box 1231
        Longview, Texas 75606-1231
        (903) 757-6400 (telephone)
        (903) 757-2323 (facsimile)

        **ATTORNEYS FOR PLAINTIFF**
        **SOLAS OLED, LTD.**