**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| SOLAS OLED LTD.<br><br>    Plaintiff,<br><br>        v.<br><br>SAMSUNG DISPLAY CO., LTD., SAMSUNG<br>ELECTRONICS CO., LTD., AND SAMSUNG<br>ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Civil Action No. 2:19-cv-00152-JRG |

**ORDER GRANTING DEFENDANTS SAMSUNG DISPLAY CO., LTD., SAMSUNG**
**ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.'S**
**MOTION TO STAY PROCEEDINGS PENDING *INTER PARTES* REVIEW**

Before the Court is Samsung's Motion to Stay Proceedings Pending Inter Partes Review. The Court, having considered same, is of the opinion the motion should be GRANTED.