IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOLAS OLED LTD., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:19-CV-00152-JRG |
| | § | |
| SAMSUNG DISPLAY CO., LTD., et al., | § | |
| | § | |
| *Defendants.* | § | |

**JOINT MOTION TO MODIFY DOCKET CONTROL ORDER**

Plaintiff Solas OLED Ltd. and Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, "Defendants") respectfully submit this Joint Motion to Modify Docket Control Order. Specifically, the parties wish to combine and streamline certain deadlines associated with the exchange of proposed claim constructions and submission of the Joint Claim Construction Statement pursuant to P.R. 4-1, P.R. 4-2, and P.R. 4-3.

As the parties noted in their original proposed Docket Control Order, certain of the documents that Defendants are required to produce under P.R. 3-4(a) are subject to export restrictions under the Act on Prevention of Leakage and Protection of Industrial Technology ("IAT") of the Republic of Korea. (Dkt. 40, Attachment 1 at 4–5.) Under this Act, the Defendants were required to seek approval to produce document from the relevant Korean authorities. The Defendants did not expect that they would be able to receive this approval prior to the default deadline for producing documents under P.R. 3-4 of December 2, 2019.

Accordingly, the parties' proposed schedule provided Defendants with additional time to complete their P.R. 3-4 production and provided Plaintiff an opportunity to propose additional claim terms for construction after receiving Defendants' complete P.R. 3-4 production.

Defendants have now received the necessary approvals from the Korean authorities and expect to be able to make their P.R. 3-4 production on or about January 8, 2020. Now that this production is ready to be made, the parties believe that they can streamline and simplify upcoming deadlines, by moving the deadline for Plaintiff to propose new terms for constructions to an earlier date and by moving the P.R. 4-3 deadline to a later date, so as to avoid the need to subsequently amend the P.R. 4-3 filing and disclosures.

The parties' proposals for the new deadlines are as follows:

| Event | Original Deadline | Proposed New Deadline |
|---|---|---|
| Solas may propose additional claim terms, phrases, or clauses which it contends should be construed (P.R. 4-1) | January 30, 2020 | January 15, 2020 |
| Parties exchange preliminary constructions and extrinsic evidence for any new claim terms, phrases, or clauses identified by Solas. (P.R. 4-2) | February 6, 2020 | January 21, 2020 |
| Comply with P.R. 4-3 (Joint Claim Construction Statement) | January 8, 2020 | January 28, 2020 |
| File Amendment to Joint Claim Construction Statement | February 12, 2020 | Not Applicable |

Good cause exists to modify the deadlines addressed in this Motion because of the complexities presented by the need for Defendants to obtain approval to produce the required documents under P.R. 3-4. The current Docket Control Order expressly permits the parties to add terms and modify constructions after the submission of the Joint Claim Construction Statement and disclosure of expert opinions, and it contemplates amendment of the Joint Claim Construction Statement and expert opinions. (Dkt. 43 at 4.) This is likely to lead to unnecessary duplication of effort by the parties. The proposed amendment would reduce duplication of effort and lead to a more orderly claim construction process.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 7, 2020 | */s/ Reza Mirzaie* <br> Marc Fenster (CA SB No. 181067) <br> Reza Mirzaie (CA SB No. 246953) <br> Neil A. Rubin (CA SB No. 181067) <br> Kent N. Shum (CA SB No. 259189) <br> Theresa Troupson (CA SBN 301215) <br> RUSS AUGUST & KABAT <br> 12424 Wilshire Boulevard 12th Floor <br> Los Angeles, California 90025 <br> Telephone: 310-826-7474 <br> Facsimile: 310-826-6991 <br> E-mail: mfenster@raklaw.com <br> E-mail: rmirzaie@raklaw.com <br> E-mail: nrubin@raklaw.com <br> E-mail: kshum@raklaw.com <br> E-mail: ttroupson@raklaw.com <br><br> Sean A. Luner <br> CA State Bar No. 165443 <br> Gregory S. Dovel <br> CA State Bar No. 135387 <br> Jonas B. Jacobson <br> CA State Bar No. 269912 <br> DOVEL & LUNER, LLP <br> 201 Santa Monica Blvd., Suite 600 <br> Santa Monica, CA 90401 <br> Telephone: 310-656-7066 <br> Email: sean@dovel.com <br> Email: greg@dovel.com <br> Email: jonas@dovel.com <br><br> T. John Ward, Jr. <br> Texas State Bar No. 00794818 <br> E-mail: jw@wsfirm.com <br> Claire Abernathy Henry <br> Texas State Bar No. 24053063 <br> E-mail: claire@wsfirm.com <br> Andrea L. Fair <br> Texas State Bar No. 24078488 <br> E-mail: andrea@wsfirm.com <br> WARD, SMITH & HILL, PLLC <br> PO Box 1231 <br> Longview, Texas 75606-1231 <br> (903) 757-6400 (telephone) <br> (903) 757-2323 (facsimile) |

**ATTORNEYS FOR PLAINTIFF SOLAS OLED, LTD.**

Dated: January 7, 2020

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

Jeffrey H. Lerner
jlerner@cov.com
David A. Garr
dgarr@cov.com
Jared R. Frisch
jfrisch@cov.com
Grant D. Johnson
gjohnson@cov.com
Daniel W. Cho
dwcho@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-6000
Fax: (202) 662-6291

Robert T. Haslam
rhaslam@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Phone: (650) 632-4700
Fax: (650) 632-4800

**COUNSEL FOR DEFENDANTS SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.**

- 5 -

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 7, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3)(A).

                                                        */s/ Reza Mirzaie*_____
                                                        Reza Mirzaie