# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:19-cv-00152-JRG |
| § | |
| SAMSUNG DISPLAY CO., LTD., § | |
| SAMSUNG ELECTRONICS CO., LTD., § | |
| and SAMSUNG ELECTRONICS § | |
| AMERICA, INC., § | |
| § | |
| Defendants. § | |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to P.R. 4-3 and the Court's First Amended Docket Control Order (Dkt. No. 59), Plaintiff Solas OLED Limited ("Solas") and Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. submit the following Joint Claim Construction and Prehearing Statement.

### I.  LIST OF PROPOSED CLAIM TERMS TO WHICH THE PARTIES AGREED ON A CONSTRUCTION (P.R. 4-3(A)(1))

The parties have agreed to the following constructions:

| *Term / Phrase* | *Agreed Proposed Construction* |
|---|---|
| U.S. Patent No. 6,072,450 | |
| "active elements" (claim 1) | "circuit elements that have gain or that direct current flow, e.g., transistors" |
| "wherein said at least one first electrode has a rough surface which is in contact | "wherein said at least one first electrode is formed to have a substantially uneven surface in |

| | |
|---|---|
| with the said organic electroluminescent layer" (claim 3) | contact with the organic electroluminescent layer" |
| **U.S. Patent No. 9,256,311** | |
| "computer readable non-transitory storage media" (claim 7) | "a tangible computer-readable storage media possession structure, which (1) may be volatile, non-volatile, or a combination of volatile and non-volatile, but (2) may not be a propagating electrical or electromagnetic signal per se, including but not limited to semiconductor-based integrated circuits" |

## II. PROPOSED CLAIM CONSTRUCTIONS BY EACH PARTY FOR THE DISPUTED CLAIM TERMS (P.R. 4-3(A)(2))

Pursuant to P.R. 4-3(b), the Parties' proposed constructions of disputed terms are provided in the chart below. The Parties' proposed constructions are also set forth in the accompanying Exhibit A, along with the intrinsic and extrinsic evidence on which the parties intend to rely.

| *Term / Phrase* | *Solas's Proposed Construction* | *Defendants' Proposed Construction* |
|---|---|---|
| **U.S. Patent No. 7,446,338** | | |
| "transistor array substrate" (claim 1) | "layered structure upon which or within which a transistor array is fabricated" | "a layered structure composed of a bottom insulating layer through a topmost layer on whose upper surface electrodes are formed, which contains an array of transistors" |
| "project from a surface of the transistor array substrate" (claim 1) | "extend from a surface of the transistor array substrate" | "extend above the upper surface of the transistor array substrate" |

2

| "the pixel electrodes being arrayed along the interconnections between the interconnections on the surface of the transistor array substrate" (claim 1) | "the pixel electrodes are arrayed along the interconnections and located between the interconnections that are on the surface of the transistor array substrate" | "the pixel electrodes are arrayed along the interconnections and located between the interconnections, and the pixel electrodes are on the surface of the transistor array substrate" |
|---|---|---|
| "write current" (claim 1) | No construction required | "pull-out current" |
| U.S. Patent No. 9,256,311 | | |
| "configured to wrap around one or more edges of a display" (claims 1 and 7) | No construction required | "wrapped around one or more line segments where two surfaces of a display intersect" |

### III. ANTICIPATED LENGTH OF TIME NEEDED FOR THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(3))

The parties estimate that about three hours will be needed for the claim construction hearing. The parties agree that each side will be allocated half of the total time permitted for the hearing.

### IV. PROPOSED WITNESSES TO BE USED AT THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(4))

No party proposes to call witnesses at the claim construction hearing.

### V. OTHER ISSUES TO BE ADDRESSED PRIOR TO CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(5))

Plaintiffs' Position:  Solas is not currently aware of any issues that it would propose taking up at a prehearing conference prior to the claim construction hearing.

Defendants' Position:  Defendants respectfully request that the Court hear Defendants' Motion to Stay Pending IPR (Dkt. No. 56), which has been fully briefed.

Dated: January 28, 2020        /s/ *Reza Mirzaie*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Neil A. Rubin
CA State Bar No. 250761
Kent N. Shum
CA State Bar No. 259189
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: mfenster@raklaw.com
Email: rmirzaie@raklaw.com
Email: nrubin@raklaw.com
Email: kshum@raklaw.com

Sean A. Luner
CA State Bar No. 165443
Gregory S. Dovel
CA State Bar No. 135387
Jonas B. Jacobson
CA State Bar No. 269912
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA  90401
Telephone: 310-656-7066
Email: sean@dovel.com
Email: greg@dovel.com
Email: jonas@dovel.com

T. John Ward, Jr.
TX State Bar No. 00794818
Claire Abernathy Henry
TX State Bar No. 24053063
Andrea L. Fair
TX State Bar No. 24078488
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas  75606
Telephone: 903-757-6400
Email: jw@wsfirm.com
Email: claire@wsfirm.com
Email: andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF, SOLAS OLED LTD.**

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

Jeffrey H. Lerner
jlerner@cov.com
David A. Garr
dgarr@cov.com
Jared R. Frisch
jfrisch@cov.com
Grant D. Johnson
gjohnson@cov.com
Daniel W. Cho
dwcho@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-6000
Fax: (202) 662-6291

Robert T. Haslam

rhaslam@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Phone: (650) 632-4700
Fax: (650) 632-4800

**COUNSEL FOR DEFENDANTS SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

I certify that on January 28, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3)(A).

　　　　　　　　　　　　　　　　　　　　/s/ Reza Mirzaie