# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Solas OLED Ltd., an Irish corporation,<br><br>*Plaintiff*,<br><br>vs.<br><br>Samsung Display Co., Ltd., a Korean corporation, Samsung Electronics Co., Ltd., a Korean corporation, and Samsung Electronics America, Inc., a New York corporation,<br><br>*Defendants*. | CASE NO. 2:19-cv-152-JRG<br><br>**JURY DEMANDED** |

## DECLARATION OF NEIL A. RUBIN IN SUPPORT OF SOLAS' OPENING CLAIM CONSTRUCTION BRIEF

I, Neil A. Rubin, state as follows:

I am a member of the State Bar of California and an attorney at the law firm of Russ August & Kabat, counsel for Plaintiff Solas OLED LTD. ("Solas OLED") in the above-captioned actions. I have personal knowledge of the facts set forth in this declaration, and, if called upon to testify, could and would testify competently thereto.

1. Attached as **Exhibit 1** is a true and correct copy of the Declaration of Richard A. Flasck in support of Solas OLED's Opening Claim Construction Brief.

2. Attached as **Exhibit 2** is a true and correct copy of U.S. Patent No. 7,446,338

3. Attached as **Exhibit 3** is a true and correct copy of U.S. Patent No. 9,256,311

4. Attached as **Exhibit 4** is a true and correct copy of "The Authoritative Dictionary of IEEE Standard Terms, Seventh Edition (2000)"

5. Attached as **Exhibit 5** is a true and correct copy of Excerpts of "The New Oxford American Dictionary, Second Edition"

6. Attached as **Exhibit 6** is a true and correct copy of Excerpts of File History of US Patent No. 7,446,338, Appl. No. 11/235,579

7. Attached as **Exhibit 7** is a true and correct copy of Excerpts of "Concise Oxford English Dictionary, Twelfth Edition"

8. Attached as **Exhibit 8** is a true and correct copy of Petition for *Inter Partes* Review of U.S. Patent No. 9,256, 311, Case No. IPR2019-01668, Paper 1

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 19, 2020, at Los Angeles, California.

                                                    /s/ *Neil A. Rubin*
                                                    Neil A. Rubin

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 19, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3)(A).

                                                          */s/ Reza Mirzaie*_____
                                                          Reza Mirzaie