# SOLAS OLED LTD.

# v.

# SAMSUNG DISPLAY CO., LTD., et al.

## Solas's Tutorial

## Case No. 2:19-cv-00152-JRG

# Overview

’338 patent

’311 patent

# U.S. Patent No. 7,446,338 ("'338 Patent")



**Title:** <u>Display Panel</u>

**Inventors:** Tomoyuki Shirasaki, Tsuyoshi Ozaki, Jun Ogura

**Filing Date:** September 26, 2005

# Display Technologies



**CRT**            **LCD**            **OLED**

# Organic Light Emitting Diode (OLED) Display Panel



FIG.1

# The Patent is Directed to "Active Matrix Type" OLED

2. Description of the Related Art
Organic electroluminescent panels can roughly be classified into passive driving types and active matrix types. Organic electroluminescent panels of *active matrix type are more excellent than those of passive driving types because of high contrast and high resolution*.
Col. 1: 16-21.



**FIG.1**

# The Patent Teaches <u>Writing Brightness Values to Each Pixel</u>



**FIG.1**

# Example: Writing Brightness Signals into First Row of Pixels



**FIG.1**

# Writing Brightness Signals into Second Row of Pixels



**FIG.1**

# Pixel Circuits Formed as Layered Structure



## FIG.6

| | Transistor Array Substrate | | Transistors | | Interconnections |

# Pixel Circuit Schematic



**FIG.2**

# Pixel Circuit Schematic – Writing the Brightness Signal

## Row Selected for Writing



**FIG.2**

# Pixel Circuit Schematic – Emitting Light

## Row Not Selected



**FIG.2**

# Overview

’338 patent

’311 patent

# U.S. Patent No. 9,256,311 ("'311 Patent")



**Title:** <u>Flexible Touch Sensor</u>

**Inventors:** Esat Yilmaz, Steven Alan Laub, Jalil Shaikh

**Filing Date:** October 28, 2011

# The Patent Teaches and Claims Novel Touch-Position Sensing In Electronic Devices



## BACKGROUND

A touch-position sensor may detect the presence and location of a touch or the proximity of an object (such as a user's finger or a stylus) within a touch-sensitive area of the touch sensor overlaid on a display screen, for example. In a touch sensitive display application, the touch position sensor may enable a user to interact directly with what is displayed on the screen, rather than indirectly with a mouse or touch pad. A touch sensor may be attached to or provided as part of a desktop computer, laptop computer, tablet computer, personal digital assistant (PDA), smartphone, satellite navigation device, portable media player, portable game console, kiosk computer, point-of-sale device, or other suitable device. A control panel on a household or other appliance may include a touch sensor.

# Various Types of Touch Sensing Technologies Were Generally Known

## Resistive Sensing



## Inductive Sensing



## Capacitive Sensing



# 311 Patent Specifically Concerns Capacitive Touch Sensing

Herein, reference to a touch sensor may encompass a touch screen, and vice versa, where appropriate. When an object touches or comes within proximity of the surface of the capacitive touch screen, a change in capacitance may occur within the touch screen at the location of the touch or proximity. A controller may process the change in capacitance to determine its position on the touch screen.



# Capacitive Touch Sensing



When an object touches or comes within proximity of the capacitive node, a change in capacitance may occur at the 45 capacitive node and controller 12 may measure the change in capacitance. By measuring changes in capacitance throughout the array, controller 12 may determine the position of the touch or proximity within the touch-sensitive area(s) of touch sensor 10.

# Touch Sensor Composition



Cover Glass

Adhesive

Y-axis **Sensing Lines**

Substrate

X-axis **Driving Lines**

Adhesive

Display

Chassis

Cover Glass

Touch Sensor

Display

Chassis

20

# Patent Teaches Various Sensor Materials and Designs, Including "Mesh"

**'311 2-15:20**
**As an example and not by way of limitation, an electrode may be made of fine lines of metal or other conductive material (Such as for example copper, silver, or a copper- or silver-based material) and the fine lines of conductive material may occupy approximately 5% of the area of its shape in a hatched, mesh, or other Suitable pattern.**



# Figure 2 A: "Mesh" Conductive Sensor Substrate



Figure 2A

'311 6-3:13
As an example and not by way of limitation, first set 22A and second set 22B of conducting lines may be disposed such that a total line density is less than approximately 10% of a surface area. Thus, the contribution of the conductive lines to the reduction of transmission of light through mesh pattern 20 may be less than approximately 10%. Accordingly,
although conductive lines 22A-B may be opaque, the combined optical transmittance of electrodes formed using mesh pattern 20 may be approximately 90% or higher ignoring reduction in transmittance due to other factors such as the substantially flexible substrate material.

# Figure 2 B: "Mesh" Conductive Sensor



26

29

28A

28A

28B

28B

Figure 2B

**'311 6-14:22**
**In the example of FIG. 2B, mesh pattern 26 may be formed from substantially non-linear conductive lines 28A-B. Non linear line patterns 28A-B may be used to avoid long linear stretches of fine metal with a repeat frequency, reducing a probability of causing interference or moiré patterns. The non-linear pattern of the conductive lines 28A-B of mesh pattern 26 may disperse and hence reduce the visibility of reflections from conductive lines 28A-B when illuminated by incident light.**

# Capacitive Touch Sensing Employs a Sensor and a Controller To Report Touch Coordinates

TOUCH SENSOR



# Capacitive Touch Sensing Employs a Sensor and a Controller To Report Touch Coordinates



Changes in the electrostatic field caused by touch

TOUCH SENSOR

# Capacitive Touch Sensing Employs a Sensor and a Controller To Report Touch Coordinates



CONTROLLER

System controller analyzes change in electrostatic field

Changes in the electrostatic field caused by touch

TOUCH SENSOR

# Capacitive Touch Sensing Employs a Sensor and a Controller To Report Touch Coordinates



Changes in the electrostatic field caused by touch

CONTROLLER

System controller analyzes change in electrostatic field

TOUCH SENSOR

System determines touch coordinates

# Capacitive Touch Sensing Employs a Sensor and a Controller To Report Touch Coordinates



CONTROLLER

System controller analyzes change in electrostatic field

Changes in the electrostatic field caused by touch

TOUCH SENSOR

Further system action (e.g., display, app operation)

System determines touch coordinates

# The '311 Patent Teaches A Novel Sensor Combination To Provide Flexibility For Devices With Different Surfaces

## Components in Fig. 1



# The '311 Patent Teaches A Novel Sensor Combination To Provide Flexibility For Devices With Different Surfaces

## Figure 1



Figure 1

# Figure 7 Illustration + Various Different Written Teachings

FIG. 7 illustrates an example mobile telephone that incor-
porates a flexible touch-sensitive apparatus.

45



Figure 7

# Figure 7 Illustration + Various Different Written Teachings



Figure 7

# Figure 7 Illustration + Various Different Written Teachings



'311 Col. 7 47:55
Substrate 602 may have the electrode pattern disposed on a surface. Substrate 602 and the conductive material of the electrode pattern may be flexible, enabling the conductive material to wrap around the left and right edges of the Surface to left-side and right-side Surfaces. For sharper edges (e.g., with radii of less than 1 mm), the flexible conductive material of the electrode pattern may be thicker or wider at the sharper edges than at the flat portions of Surfaces.

# Figure 7 Alternative Teachings On Shape of Edges: Sharper and And Not

'311 Col. 7 47:55

Substrate 602 may have the electrode pattern disposed on a surface. Substrate 602 and the conductive material of the electrode pattern may be flexible, enabling the conductive material to wrap around the left and right edges of the Surface to left-side and right-side Surfaces. **For sharper edges (e.g., with radii of less than 1 mm), the flexible conductive material of the electrode pattern may be thicker or wider at the sharper edges than the flat portions of Surfaces.**

Illustration: "radii of less than 1 mm"



# Figure 7 Alternative Teachings On Shape of Edges: Sharper and And Not

'311 Col. 7 47:55

Substrate 602 may have the electrode pattern disposed on a surface. Substrate 602 and the conductive material of the electrode pattern may be flexible, enabling the conductive material to wrap around the left and right edges of the Surface to left-side and right-side Surfaces. ***For sharper edges (e.g., with radii of less than 1 mm), the flexible conductive material of the electrode pattern may be thicker or wider at the sharper edges than at the flat portions of Surfaces.***

Illustration: "radii greater than 1 mm"



r

# Figure 7 Alternative Teachings On Shape of Edges: Curved

Substrate 602 and the conductive material of the electrode pattern may be flexible, enabling the conductive material to wrap around the left and right edges of the Surface to left-side and right-side Surfaces. For sharper edges (e.g., with radii of less than 1 mm), the flexible conductive material of the electrode pattern may be thicker or wider at the sharper edges than at the flat portions of Surfaces. In particular embodiments, the electrode pattern may wrap around an edge 603 of example mobile phone 600. In other particular embodiments, touch-sensitive apparatus 612 may be wrapped around a curved surface. The curved Surface may be curved in one dimension or in two dimensions. As an example and not by way of limitation, touch sensitive apparatus 612 may be wrapped over Surfaces that are substantially perpendicular to each other ***or, if there is no Substantial distinction between Surfaces (such as, for example, a pebble-shaped or curved device), an angle of deviation between the surfaces of 45° or greater.***



Illustration: curvature "angle of deviation" of 45 degrees

45°