# EXHIBIT 6

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SOLAS OLED LTD., *Plaintiff,* v. SAMSUNG DISPLAY CO., LTD., et al., *Defendants.* | Case No. 2:19-cv-00152-JRG |

**PLAINTIFF SOLAS OLED LIMITED'S SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**

Pursuant to P.R. 3-1 and P.R. 3-2, patent owner Solas OLED Limited hereby provides its first amended disclosure of asserted claims and infringement contentions and its accompanying document production. This disclosure is based on the information available to Solas as of the date of this disclosure, before Solas has received any discovery on the design or operation of the defendants' products. Solas reserves the right to amend this disclosure to the full extent permitted under the court's rules and orders.

## I. P.R. 3-1: DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS

### A. P.R. 3-1(a): Asserted Claims

Solas asserts that defendants Samsung Display Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Electronics Co., Ltd. (collectively "Samsung") infringe one or more of the following claims, directly, by inducement, by contributory infringement:

1

| U.S. Patent No. | Asserted Claims |
|---|---|
| 6,072,450 | 1, 4–6, 8, 12, 13, 15, 16 |
| 7,446,338 | 1, 5, 6, 9, 10 |
| 9,256,311 | 1, 2, 4–8, 10–13, 15, 16, 18–20 |

Collectively, these three patents are referred to herein as the Asserted Patents, and these claims as the Asserted Claims.

### B. P.R. 3-1(b): Accused Instrumentalities of Which Solas Is Aware

In this section, Solas provides lists of accused products that Solas is aware of infringing based upon information presently available to it and its investigation to date. Solas's infringement claims are not limited to these listed products and specifically extend to all products and apparatuses of Samsung similar to the listed products that include the claimed elements. Unless otherwise stated, Solas's infringement assertion apply to all variations, versions, editions, and applications of each of the listed products.

#### 1. U.S. Patent No. 6,072,450

Solas accuses the following Samsung products that it is presently aware of infringing each of the Asserted Claims of the '450 patent:

> Samsung Galaxy S4
> Samsung Galaxy S5
> Samsung Galaxy S6
> Samsung Galaxy S6 Edge
> Samsung Galaxy S6 Edge+
> Samsung Galaxy S7
> Samsung Galaxy S7 Edge
> Samsung Galaxy S8
> Samsung Galaxy S8+
> Samsung Galaxy Note 3
> Samsung Galaxy Note 3 Neo
> Samsung Galaxy Note 4

> Samsung Galaxy Note Edge
> Samsung Galaxy Note 5
> Samsung Galaxy Note 7
> Samsung Galaxy Note 8

In addition, Solas accuses the Organic Light-Emitting Diode (OLED) displays made and sold by Samsung and utilized in the following third-party products that it is presently aware of infringing each of the Asserted Claims of the '450 patent:

> Apple MacBook Pro with OLED Touch Bar
> Dell Venue 8 7000 series
> Sony PlayStation VR

The Samsung products—and the Samsung displays contained in the third-party products—in the preceding two lists; all variations, editions, and applications of the foregoing; and all products and apparatuses of Samsung similar to the foregoing that include the claimed elements are the '450 Accused Instrumentalities.

### 2. U.S. Patent No. 7,446,338

Solas accuses the following Samsung products that it is presently aware of infringing each of the Asserted Claims of the '338 patent:

> Samsung Galaxy S4
> Samsung Galaxy S5
> Samsung Galaxy S6 Edge+
> Samsung Galaxy S8
> Samsung Galaxy S8+
> Samsung Galaxy S9
> Samsung Galaxy S9+
> Samsung Galaxy Note 3
> Samsung Galaxy Note 4
> Samsung Galaxy Note Edge
> Samsung Galaxy Note 5
> Samsung Galaxy Note 8
> Samsung Galaxy Note 9

In addition, Solas accuses the Organic Light-Emitting Diode (OLED) displays made and sold by Samsung and utilized in the following third-party products that it is presently aware of infringing each of the Asserted Claims of the '338 patent:

>Apple iPhone X
>Apple iPhone XS
>Apple iPhone XS Max
>Apple iPhone 11 Pro
>Apple iPhone 11 Pro Max

The Samsung products—and the Samsung displays contained in the third-party products—in the preceding two lists; all variations, editions, and applications of the foregoing; and all products and apparatuses of Samsung similar to the foregoing that include the claimed elements are the '338 Accused Instrumentalities.

3.  **U.S. Patent No. 9,256,311**

Solas accuses the following Samsung products that it is presently aware of infringing each of the Asserted Claims of the '311 patent:

>Samsung Galaxy S6 Edge
>Samsung Galaxy S6 Edge+
>Samsung Galaxy S7 Edge
>Samsung Galaxy S8
>Samsung Galaxy S8+
>Samsung Galaxy S9
>Samsung Galaxy S9+
>Samsung Galaxy S10
>Samsung Galaxy S10+
>Samsung Galaxy S10e
>Samsung Galaxy S10 5G
>Samsung Galaxy Note 8
>Samsung Galaxy Note 9
>Samsung Galaxy Note 10
>Samsung Galaxy Note 10+
>Samsung Galaxy S20
>Samsung Galaxy S20+
>Samsung Galaxy S20 Ultra
>Samsung Galaxy Z Flip

The Samsung products—and the Samsung displays contained in the third-party products—in the preceding two lists; all variations, editions, and applications of the foregoing; and all products and apparatuses of Samsung similar to the foregoing that include the claimed elements are the '311 Accused Instrumentalities. The '450 Accused Instrumentalities, '338 Accused Instrumentalities, and '311 Accused Instrumentalities collectively are the Accused Instrumentalities.

### C. P.R. 3-1(c): Claim Charts

Solas's analysis of Samsung's products and apparatuses is based upon information that is publicly available and based on Solas's own investigation prior to any discovery in this action.

While the publicly available information constitutes evidence of the methods and apparatuses used by Solas in the Accused Instrumentalities, direct evidence of the actual apparatuses and methods are at times not publicly available. Accordingly, these infringement contentions are based on the available public information, laboratory analysis and reasonable inferences drawn from that information.

Solas reserves the right to amend or supplement these disclosures for any of the following reasons (along with any other reason that may be permitted under the court's rules and orders):

(1) Samsung provides evidence of the apparatuses and methods used in the Accused Instrumentalities;

(2) The Asserted Claims may include elements that involve features that are implemented by hardware structures and logic and Solas's current positions on infringement are set forth without the benefit of access to Defendant's source code, schematics, drawings, or other proprietary specifications

5

or information, which cannot be obtained through publicly available information, for the Accused Instrumentalities. Therefore, it may be necessary for Solas to supplement its positions on infringement after a complete production of such proprietary specifications or information by Samsung;

(3) Solas's position on infringement of specific claims will depend on the claim constructions adopted by the Court. Because said constructions have not yet occurred, Solas cannot take a final position on the bases for infringement of the Asserted Claims; and

(4) Solas's investigation and analysis of Samsung's Accused Instrumentalities are based upon information made publicly available by Samsung and by Solas's own investigations. Solas reserves the right to amend these contentions based upon discovery of non-public information that Solas anticipates receiving from Samsung during discovery.

Attached as Exhibits A through C, and incorporated herein in their entirety, are charts identifying where each element of the Asserted Claims of the '450, '338, and '311 patents are found in the Accused Instrumentalities.

Unless otherwise indicated, the information provided that corresponds to each claim element is considered to indicate that each claim element is found within each of the different variations, versions, editions, and applications of each respective Accused Instrumentalities.

### D. P.R. 3-1(d): Literal Infringement and Doctrine of Equivalents

With respect to the patents at issue, Solas contends that each element of each Asserted Claim is literally present. In the alternative, Solas contends that certain elements are present under the doctrine of equivalents, as set forth in its P.R. 3-1(c)

claim charts. To the extent that Samsung identifies elements of the Asserted Claims that it contends are not literally present in the Accused Instrumentalities, Solas contends that such elements are present under the doctrine of equivalents.

### E. P.R. 3-1(e): Priority Dates

| *U.S. Patent No.* | *Priority Date* |
|---|---|
| 6,072,450 | November 28, 1996 |
| 7,446,338 | September 29, 2004 |
| 9,256,311 | October 28, 2011 |

### F. P.R. 3-1(f): Identification of Instrumentalities Practicing the Claimed Invention

Solas does not presently assert that its own apparatuses, products, devices, processes, methods, acts, or other instrumentalities practice the claimed inventions. Solas reserves the right to supplement this response should further investigation, discovery, or the court's claim construction rulings make such supplementation appropriate.

## II. P.R. 3-2: DOCUMENT PRODUCTION ACCOMPANYING DISCLOSURE

### A. P.R. 3-2(a) Documents

Solas is presently unaware of any documents that evidence any discussion with, disclosure to, or other manner of providing to a third party, or sale of or offer to sell, any of the inventions claimed in the asserted patents prior to their respective application dates.

A diligent search continues for documents, and Solas reserves the right to supplement this response.

**B.     P.R. 3-2(b) Documents**

Solas is presently unaware of any documents that evidence the conception, reduction to practice, design, or development of the claimed inventions, which were created on or before the application dates of the '450 or '338 patents or their respective priority dates identified pursuant to P.R. 3-1(e).

Solas is presently aware that certain documents exist which evidence the conception, reduction to practice, design, or development of the claimed inventions of the '311 patent and which were created on or before the application dates of the '311 patent. These documents include at least documents produced in this case bearing the following Bates numbers:

| |
|---|
| SOLAS_SAMSUNG_0003750-SOLAS_SAMSUNG_0003752;YILMAZ_00000017-YILMAZ_00000019 |
| SOLAS_SAMSUNG_0003754;YILMAZ_00000020 |
| SOLAS_SAMSUNG_0003753;YILMAZ_00000021 |
| SOLAS_SAMSUNG_0005660-SOLAS_SAMSUNG_0005664;YILMAZ_00000166-YILMAZ_00000170 |
| SOLAS_SAMSUNG_0005665;YILMAZ_00000171 |
| SOLAS_SAMSUNG_0005577;YILMAZ_00000083 |
| SOLAS_SAMSUNG_0005578;YILMAZ_00000084 |
| SOLAS_SAMSUNG_0005808-SOLAS_SAMSUNG_0005821;YILMAZ_00000403-YILMAZ_00000416 |
| SOLAS_SAMSUNG_0005597-SOLAS_SAMSUNG_0005598;YILMAZ_00000103-YILMAZ_00000104 |
| SOLAS_SAMSUNG_0005599-SOLAS_SAMSUNG_0005613;YILMAZ_00000105-YILMAZ_00000119 |
| SOLAS_SAMSUNG_0005517;YILMAZ_00000022 |
| SOLAS_SAMSUNG_0005518-SOLAS_SAMSUNG_0005576;YILMAZ_00000023-YILMAZ_00000081 |
| SOLAS_SAMSUNG_0005683-SOLAS_SAMSUNG_0005698;YILMAZ_00000193-YILMAZ_00000208 |
| SOLAS_SAMSUNG_0005754-SOLAS_SAMSUNG_0005764;YILMAZ_00000349-YILMAZ_00000359 |
| SOLAS_SAMSUNG_0005769-SOLAS_SAMSUNG_0005773;YILMAZ_00000364-YILMAZ_00000368 |
| SOLAS_SAMSUNG_0005765-SOLAS_SAMSUNG_0005768;YILMAZ_00000360-YILMAZ_00000363 |

| |
|---|
| SOLAS_SAMSUNG_0005774-SOLAS_SAMSUNG_0005779;YILMAZ_00000369-YILMAZ_00000374 |
| SOLAS_SAMSUNG_0005579-SOLAS_SAMSUNG_0005583;YILMAZ_00000085-YILMAZ_00000089 |
| SOLAS_SAMSUNG_0005584-SOLAS_SAMSUNG_0005596;YILMAZ_00000090-YILMAZ_00000102 |
| SOLAS_SAMSUNG_0005614-SOLAS_SAMSUNG_0005616;YILMAZ_00000120-YILMAZ_00000122 |
| SOLAS_SAMSUNG_0005617-SOLAS_SAMSUNG_0005631;YILMAZ_00000123-YILMAZ_00000137 |
| SOLAS_SAMSUNG_0005632-SOLAS_SAMSUNG_0005659;YILMAZ_00000138-YILMAZ_00000165 |
| SOLAS_SAMSUNG_0005666-SOLAS_SAMSUNG_0005676;YILMAZ_00000172-YILMAZ_00000182 |
| SOLAS_SAMSUNG_0005679-SOLAS_SAMSUNG_0005682;YILMAZ_00000185-YILMAZ_00000188 |
| SOLAS_SAMSUNG_0005677;YILMAZ_00000183 |
| SOLAS_SAMSUNG_0005678;YILMAZ_00000184 |
| SOLAS_SAMSUNG_0005780-SOLAS_SAMSUNG_0005782;YILMAZ_00000375-YILMAZ_00000377 |
| SOLAS_SAMSUNG_0005699-SOLAS_SAMSUNG_0005700;YILMAZ_00000209-YILMAZ_00000210 |
| SOLAS_SAMSUNG_0005718-SOLAS_SAMSUNG_0005721;YILMAZ_00000268-YILMAZ_00000271 |
| SOLAS_SAMSUNG_0005745;YILMAZ_00000336 |
| YILMAZ_00000327-YILMAZ_00000334 |
| SOLAS_SAMSUNG_0005717;YILMAZ_00000264 |
| SOLAS_SAMSUNG_0005703-SOLAS_SAMSUNG_0005707;YILMAZ_00000213-YILMAZ_00000217 |
| SOLAS_SAMSUNG_0005735-SOLAS_SAMSUNG_0005736;YILMAZ_00000309-YILMAZ_00000310 |
| SOLAS_SAMSUNG_0005722-SOLAS_SAMSUNG_0005734;YILMAZ_00000272-YILMAZ_00000284 |
| YILMAZ_00000262-YILMAZ_00000263 |
| SOLAS_SAMSUNG_0005708-SOLAS_SAMSUNG_0005716;YILMAZ_00000253-YILMAZ_00000261 |
| SOLAS_SAMSUNG_0005737-SOLAS_SAMSUNG_0005740;YILMAZ_00000311-YILMAZ_00000314 |
| SOLAS_SAMSUNG_0005742;YILMAZ_00000316 |
| SOLAS_SAMSUNG_0005741;YILMAZ_00000315 |
| SOLAS_SAMSUNG_0005743;YILMAZ_00000317 |
| YILMAZ_00000267 |
| SOLAS_SAMSUNG_0005744;YILMAZ_00000335 |
| YILMAZ_00000323-YILMAZ_00000326 |
| YILMAZ_00000337-YILMAZ_00000340 |

| |
|---|
| YILMAZ_00000291-YILMAZ_00000308 |
| YILMAZ_00000218-YILMAZ_00000237 |
| YILMAZ_00000246-YILMAZ_00000251 |
| YILMAZ_00000252 |
| YILMAZ_00000238-YILMAZ_00000245 |
| YILMAZ_00000266 |
| SOLAS_SAMSUNG_0005701-SOLAS_SAMSUNG_0005702;YILMAZ_00000211-YILMAZ_00000212 |
| YILMAZ_00000320-YILMAZ_00000322 |
| YILMAZ_00000285-YILMAZ_00000290 |
| YILMAZ_00000265 |
| YILMAZ_00000318-YILMAZ_00000319 |
| SOLAS_SAMSUNG_0005783-SOLAS_SAMSUNG_0005784;YILMAZ_00000378-YILMAZ_00000379 |
| SOLAS_SAMSUNG_0005796;YILMAZ_00000391 |
| SOLAS_SAMSUNG_0005797;YILMAZ_00000392 |
| SOLAS_SAMSUNG_0005802;YILMAZ_00000397 |
| SOLAS_SAMSUNG_0005804;YILMAZ_00000399 |
| SOLAS_SAMSUNG_0005798;YILMAZ_00000393 |
| SOLAS_SAMSUNG_0005795;YILMAZ_00000390 |
| SOLAS_SAMSUNG_0005801;YILMAZ_00000396 |
| SOLAS_SAMSUNG_0005794;YILMAZ_00000389 |
| SOLAS_SAMSUNG_0005807;YILMAZ_00000402 |
| SOLAS_SAMSUNG_0005800;YILMAZ_00000395 |
| SOLAS_SAMSUNG_0005799;YILMAZ_00000394 |
| SOLAS_SAMSUNG_0005793;YILMAZ_00000388 |
| SOLAS_SAMSUNG_0005785;YILMAZ_00000380 |
| SOLAS_SAMSUNG_0005805;YILMAZ_00000400 |
| SOLAS_SAMSUNG_0005806;YILMAZ_00000401 |
| SOLAS_SAMSUNG_0005787-SOLAS_SAMSUNG_0005788;YILMAZ_00000382-YILMAZ_00000383 |
| SOLAS_SAMSUNG_0005786;YILMAZ_00000381 |
| SOLAS_SAMSUNG_0005790;YILMAZ_00000385 |
| SOLAS_SAMSUNG_0005803;YILMAZ_00000398 |
| SOLAS_SAMSUNG_0005789;YILMAZ_00000384 |
| SOLAS_SAMSUNG_0005791;YILMAZ_00000386 |
| SOLAS_SAMSUNG_0005792;YILMAZ_00000387 |
| SOLAS_SAMSUNG_0005746-SOLAS_SAMSUNG_0005749;YILMAZ_00000341-YILMAZ_00000344 |
| SOLAS_SAMSUNG_0005750-SOLAS_SAMSUNG_0005753;YILMAZ_00000345-YILMAZ_00000348 |
| YILMAZ_00000015 |
| YILMAZ_00000016 |
| YILMAZ_00000014 |
| YILMAZ_00000001 |

| |
|---|
| YILMAZ_00000002-YILMAZ_00000006 |
| YILMAZ_00000011-YILMAZ_00000013 |
| YILMAZ_00000007-YILMAZ_00000010 |

A diligent search continues for documents, and Solas reserves the right to supplement this response.

## C. P.R. 3-2(c) Documents

The file histories for the '338 and '311 patents may be found in Solas's production at SOLAS_SAMSUNG_0000001–SOLAS_SAMSUNG_0000970. The file history for the '450 patent may be found in Solas's production at SOLAS_SAMSUNG_0000971-SOLAS_SAMSUNG_0001338.

Dated: May 17, 2019            */s/ Reza Mirzaie*
                               Marc Fenster
                               CA State Bar No. 181067
                               Reza Mirzaie
                               CA State Bar No. 246953
                               Neil A. Rubin
                               CA State Bar No. 250761
                               Kent N. Shum
                               CA State Bar No. 259189
                               RUSS AUGUST & KABAT
                               12424 Wilshire Boulevard, 12th Floor
                               Los Angeles, CA  90025
                               Telephone: 310-826-7474
                               Email: mfenster@raklaw.com
                               Email: rmirzaie@raklaw.com
                               Email: nrubin@raklaw.com
                               Email: kshum@raklaw.com

Sean A. Luner
CA State Bar No. 165443
Gregory S. Dovel
CA State Bar No. 135387
Jonas B. Jacobson
CA State Bar No. 269912
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Email: sean@dovel.com
Email: greg@dovel.com
Email: jonas@dovel.com

T. John Ward, Jr.
TX State Bar No. 00794818
Claire Abernathy Henry
TX State Bar No. 24053063
Andrea L. Fair
TX State Bar No. 24078488
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606
Telephone: 903-757-6400
Email: jw@wsfirm.com
Email: claire@wsfirm.com
Email: andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF, SOLAS OLED LTD.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 17, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail.

>*/s/ Reza Mirzaie*
>Reza Mirzaie