# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD., § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> SAMSUNG DISPLAY CO., LTD., § <br> SAMSUNG ELECTRONICS CO., LTD., § <br> SAMSUNG ELECTRONICS AMERICA, § <br> INC., § <br> § <br> *Defendants.* § | CIVIL ACTION NO. 2:19-CV-00152-JRG |

## ORDER

Before the Court is Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s (collectively, "Defendants") Unopposed Motion for Expedited Briefing Schedule on Motion to Stay (the "Motion to Expedite"). (Dkt. No. 119.) In the Motion to Expedite, Defendants request an expedited briefing schedule for their Motion to Stay (Dkt. No. 118). Plaintiff Solas OLED Ltd. does not oppose the Motion to Expedite.

Having considered the Motion to Expedite and its unopposed nature, the Court is of the opinion that the Motion to Expedite should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the following briefing schedule shall apply to the Motion to Expedite until further Order of this Court:

| Event | Date |
|---|---|
| Opening Brief | June 25, 2020 |
| Opposition Brief | July 2, 2020 |
| Reply Brief | July 7, 2020 |
| Sur-Reply Brief (if a reply brief is filed) | July 10, 2020 |

**So ORDERED and SIGNED this 26th day of June, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE