**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SOLAS OLED LTD.,<br><br>     Plaintiff,<br><br>     v.<br><br>SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>     Defendants. | Civil Action No. 2:19-cv-00152-JRG |

**DEFENDANTS' NOTICE OF RIPENESS FOR RULING AND REQUEST FOR HEARING REGARDING RENEWED MOTION TO STAY PROCEEDINGS PENDING *INTER PARTES* REVIEW (DKT. 118)**

Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., ("Defendants") respectfully submit this notice of ripeness regarding their Renewed Motion to Stay Pending *Inter Partes* Review that was filed on June 25, 2020 (Dkt. 118). Plaintiff filed its response in opposition to the motion on July 2, 2020 (Dkt. 123).

Defendants file this notice of ripeness in lieu of filing a reply, and hereby notify the Court that briefing is now complete with the filing of Plaintiff's response to the motion.

Accordingly, Defendants request a hearing on their Renewed Motion to Stay Pending *Inter Partes* Review (Dkt. 118). The Defendants are available for an in-person, or telephonic, hearing at the Court's convenience.

Dated: July 6, 2020

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

Jeffrey H. Lerner
jlerner@cov.com
David A. Garr
dgarr@cov.com
Jared R. Frisch
jfrisch@cov.com
Grant D. Johnson
gjohnson@cov.com
Daniel W. Cho
dwcho@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-6000
Fax: (202) 662-6291

Robert T. Haslam
rhaslam@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Phone: (650) 632-4700
Fax: (650) 632-4800

**COUNSEL FOR DEFENDANTS SAMSUNG DISPLAY CO., LTD. , SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this July 6, 2020.

*/s/ Melissa R. Smith*
Melissa R. Smith