# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SOLAS OLED LTD., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00152-JRG |
| | § | |
| SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is Plaintiff Solas OLED Ltd. ("Solas") and Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s (collectively, "Defendants") (together with Solas, the "Parties") Joint Motion for Leave to Depose Two Witnesses After the Expert Discovery Deadline (the "Motion"). (Dkt. No. 122.) In the Motion, the Parties request to take the depositions of two expert witnesses after the July 6, 2020 expert discovery deadline. The deposition of Defendants' expert, Dr. Adam Fontecchio, is currently scheduled for July 9 and July 10, and the deposition of Mr. Christopher A. Martinez is currently scheduled for July 7.

Having considered the Motion and its joint nature, the Court is of the opinion that the Motion should be and hereby is **GRANTED.** Accordingly, the Parties are permitted to take the aforementioned depositions on the currently scheduled dates.

**So ORDERED and SIGNED this 6th day of July, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE