## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| SOLAS OLED LTD., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:19-CV-00152-JRG |
| | § | |
| SAMSUNG DISPLAY CO., LTD., | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| | § | |
| *Defendants.* | § | |

## <u>ORDER</u>

Before the Court is Plaintiff Solas OLED Ltd. ("Solas") and Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s (collectively, "Defendants") (together with Solas, the "Parties") Joint Motion to Extend Briefing Deadlines (the "Motion"). (Dkt. No. 124.) In the Motion, the Parties seek to extend the briefing schedule for Defendants' Motion to Strike Portions of Solas' Amended Infringement Contentions (the "Motion to Strike") (Dkt. No. 117).

Having considered the Motion and its joint nature, the Court if of the opinion that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the following briefing schedule shall apply to the Motion until further Order of this Court:

| Event | Date |
|---|---|
| Opposition Brief | July 13, 2020 |
| Reply Brief | July 20, 2020 |
| Sur-Reply Brief (if a reply brief is filed) | July 27, 2020 |

**So ORDERED and SIGNED this 6th day of July, 2020.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE