# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD.,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG DISPLAY CO., LTD.,<br>SAMSUNG ELECTRONICS CO., LTD, and<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>        Defendants. | Civil Action No. 2:19-cv-152-JRG<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

Plaintiff Solas OLED Ltd. requests that the Court extend the briefing schedule for Samsung's Motion to Strike Portions of Plaintiff's Amended Infringement Contentions (Dkt. 117). This extension is not for purposes of delay, but to account for a scheduling issue that arose for Solas in preparing its response to Samsung's motion. The parties have met and conferred, and Defendants are not opposed to the briefing schedule as outlined below.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Solas's Response | July 13, 2020 | July 15, 2020 |
| Samsung's Reply | July 20, 2020 | July 24, 2020 |
| Solas's Surreply | July 27, 2020 | August 3, 2020 |

These extensions impact no other deadlines in the case and are agreed to by the parties. A proposed order is submitted herewith.

1

Dated: July 17, 2020

/s/ Reza Mirzaie w/permission Claire Henry
Marc Fenster (CA SB No. 181067)
Reza Mirzaie (CA SB No. 246953)
Neil A. Rubin (CA SB No. 181067)
Kent N. Shum (CA SB No. 259189)
Theresa Troupson (CA SBN 301215)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
E-mail: mfenster@raklaw.com
E-mail: rmirzaie@raklaw.com
E-mail: nrubin@raklaw.com
E-mail: kshum@raklaw.com
E-mail: ttroupson@raklaw.com

Sean A. Luner
CA State Bar No. 165443
Gregory S. Dovel
CA State Bar No. 135387
Jonas B. Jacobson
CA State Bar No. 269912
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Email: sean@dovel.com
Email: greg@dovel.com
Email: jonas@dovel.com

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

**ATTORNEYS FOR PLAINTIFF
SOLAS OLED, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 17th day of July, 2020.

/s/ *Claire Henry*