# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:19-CV-00152-JRG |
| § | |
| SAMSUNG DISPLAY CO., LTD., § | |
| SAMSUNG ELECTRONICS CO., LTD., § | |
| SAMSUNG ELECTRONICS AMERICA, § | |
| INC., § | |
| § | |
| *Defendants*. | |

## ORDER

Before the Court is Plaintiff Solas OLED Ltd. ("Solas") and Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s (collectively, "Samsung") Joint Motion for Leave to Depose Witness After the Expert Discovery Deadline and to Amend the Docket Control Order (the "Motion"). (Dkt. No. 201). In the Motion, the Parties request leave to take the deposition of Dr. Adam Fontecchio by or before August 26, 2020 and to correspondingly amend the Docket Control Order.

Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED AS MODIFIED**. It is **ORDERED** that the Parties complete Dr. Adam Fontecchio's deposition no later than **August 26, 2020**. It is further **ORDERED** that the Docket Control Order be amended as follows:

| Original Deadline | New Deadline | Event |
|---|---|---|
| August 14, 2020 | August 26, 2020 | Complete deposition of Dr. Adam Fontecchio |

It is further **ORDERED** that the briefing schedule for *Daubert* motions, if any, regarding Dr. Fontecchio's testimony is as follows:

| Event | Date |
|---|---|
| *Daubert* Motions Regarding Dr. Fontecchio's Testimony | August 31, 2020 by 5:00 pm CT |
| Response to *Daubert* Motions Regarding Dr. Fontecchio's Testimony | September 3, 2020 by 5:00 pm CT |

It is further **ORDERED** that the Parties shall not submit replies or sur-replies for *Daubert* motions, if any, regarding Dr. Fontecchio's testimony, without prior leave of Court.

**So ORDERED and SIGNED this 18th day of August, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE