# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD., | |
| *Plaintiff,* | Case No. 2:19-cv-00152-JRG |
| v. | |
| SAMSUNG DISPLAY CO., LTD., et al., | |
| *Defendants.* | |

## DEFENDANTS SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.'S <u>NOTICE PURSUANT TO 35 U.S.C § 282</u>

Pursuant to 35 U.S.C. § 282, Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, "Defendants") hereby give notice to Plaintiff Solas OLED Ltd.'s ("Solas") of the following patents and publications that may be relied on the show that the asserted claims of U.S. Patent No. 6,072,450 (the "'450 patent"); U.S. Patent No. 7,446,338 (the '338 patent); and U.S. Patent No. 9,256,311 (the "'311 patent") (together, the "Asserted Patents"), are invalid or to show the state of the art.

The identification of a particular patent reference or publication does not mean that Defendants necessarily will introduce or rely on that patent or publication at trial, and is not an admission or representation that reliance upon such patent reference or publication is necessary to establish any of Defendants' defenses or counterclaims.

I. PATENTS AND PATENT PUBLICATIONS

| Country | Number | Date Issued/Published | Inventor |
|---|---|---|---|
| European | EP 1 331 666 | 11/26/2014 | Yamazaki, *et al.* |
| International | WO 03/079441 | 9/25/2003 | Childs, *et al.* |
| International | WO 03/079442 | 9/25/2003 | Hector, *et al.* |
| International | WO 03/079449 | 9/25/2003 | Young, *et al.* |
| International | WO 2010/090487 | 8/12/2010 | Hwang |
| International | WO 2010/099132 | 9/2/2010 | Moran, *et al.* |
| International | WO 2011/107665 | 9/9/2011 | Brown, *et al.* |
| International | WO 96/25020 | 8/15/1996 | Eida |
| Japan | JP H05-3079 | 1/8/1993 | Manabe |
| Japan | JP 2003-216100 | 7/30/2003 | Hiroshi |
| Japan | JP 2007072902 | 3/22/2007 | Takashima |
| United States | 4,356,429 | 10/26/1982 | Tang, *et al.* |
| United States | 4,539,507 | 9/3/1985 | VanSlyke, *et al.* |
| United States | 4,720,432 | 1/19/1988 | VanSlyke, *et al.* |
| United States | 4,944,836 | 7/31/1990 | Beyer, *et al.* |
| United States | 4,950,950 | 8/21/1990 | Perry, *et al.* |
| United States | 5,047,687 | 9/10/1991 | VanSlyke, *et al.* |
| United States | 5,059,861 | 10/22/1991 | Littman, *et al.* |
| United States | 5,061,569 | 10/29/1991 | VanSlyke, *et al.* |
| United States | 5,073,446 | 12/17/1991 | Scozzafava, *et al.* |
| United States | 5,150,006 | 9/22/1992 | VanSlyke, *et al.* |
| United States | 5,151,629 | 9/29/1992 | VanSlyke |
| United States | 5,276,380 | 1/4/1994 | Tang |
| United States | 5,294,870 | 3/15/1994 | Tang, *et al.* |
| United States | 5,302,966 | 4/12/1994 | Stewart, *et al.* |
| United States | 5,540,999 | 7/30/1996 | Yamamoto, *et al.* |
| Japan | 5638399 | 9/8/2011 | Kuriki |

| Country | Number | Date Issued/Published | Inventor |
|---|---|---|---|
| United States | 5,640,067 | 9/17/1997 | Yamaguchi, *et al.* |
| United States | 5,670,792 | 9/23/1997 | Utsugi, *et al.* |
| United States | 5,684,365 | 11/4/1997 | Tang, *et al.* |
| United States | 5,714,968 | 2/3/1998 | Ikeda, *et al.* |
| United States | 5,739,545 | 4/14/1998 | Guha, *et al.* |
| United States | 5,847,516 | 12/8/1998 | Kishita, *et al.* |
| United States | 5,952,779 | 9/14/1999 | Arai, *et al.* |
| United States | 6,011,529 | 1/4/2000 | Ikeda, *et al.* |
| United States | 6,157,356 | 12/5/2000 | Troutman, *et al.* |
| United States | 6,429,451 | 8/6/2002 | Hung, *et al.* |
| United States | 8,614,545 | 12/24/2013 | Miyashita, *et al.* |
| United States | 8,722,314 | 5/13/2014 | Kuriki, *et al.* |
| United States | 9,323,400 | 4/26/2016 | Kim, *et al.* |
| United States | 9,395,851 | 7/19/2016 | Mikladal, *et al.* |
| United States | 9,400,576 | 7/26/2016 | Chen, *et al.* |
| United States | 2002/0000576 | 1/3/2002 | Inukai, *et al.* |
| United States | 2002/0009538 | 1/24/2002 | Arai, *et al.* |
| United States | 2002/0158835 | 10/31/2002 | Kobayashi, *et al.* |
| United States | 2003/0127657 | 7/10/2003 | Park, *et al.* |
| United States | 2003/0137325 | 7/24/2003 | Yamazaki |
| United States | 2003/0151637 | 8/14/2003 | Nakamura, *et al.* |
| United States | 2004/0113873 | 6/17/2004 | Shirasaki, *et al.* |
| United States | 2004/0140758 | 7/22/2004 | Raychaudhuri, *et al.* |
| United States | 2004/0165003 | 8/26/2004 | Shirasaki, *et al.* |
| United States | 2008/0223708 | 9/18/2008 | Joo, *et al.* |
| United States | 2009/0219257 | 9/3/2009 | Frey, *et al.* |
| United States | 2009/0002337 | 1/1/2009 | Chang |
| United States | 2010/0045632 | 2/25/2010 | Yilmaz, *et al.* |

| Country | Number | Date Issued/Published | Inventor |
|---|---|---|---|
| United States | 2010/0103138 | 4/29/2010 | Huang |
| United States | 2010/0123670 | 5/20/2010 | Philipp, *et al.* |
| United States | 2010/0156840 | 6/24/2010 | Frey |
| United States | 2011/0253668 | 10/20/2011 | Winoto, *et al.* |
| United States | 2011/0254780 | 10/20/2011 | Kim, *et al.* |
| United States | 2011/0007011 | 1/13/2011 | Mozdzyn |
| United States | 2011/0102361 | 5/5/2011 | Philipp |
| United States | 2012/0111479 | 5/10/2012 | Sung |
| United States | 2012/0218219 | 8/20/2012 | Rappoport |

II. OTHER PUBLICATIONS

| Description |
|---|
| Chihaya Adachi, et al., *Electroluminescent Mechanism of Organic Thin Film Devices*, Acta Polytechnica Scandinavica, Applied Physics Series 215, 215-218 (1990) |
| S.W. Amos, Principles of Transistor Circuits: Introduction and Guide to the Design of Amplifiers, Function Generators, Receivers and Digital Circuits 383, 387 (8th ed. 1994) |
| AMS IMPEX, *Projected Capacitive Touch Screen (PCT)*, http://www.amsimpex.com/products/capacitive-PCT-touchscreen.html (accessed July 31, 2020) |
| Atmel, Touch Sensors Design Guide (Sept. 2009) |
| Gary Barrett & Ryomei Omote, *Projected-Capacitive Touch Technology*, 3(10) J. Soc. of Info. Display 16, 16-21 (2010) |
| David J. Griffiths, Introduction to Electrodynamics 80-92 (4th ed. 2013) |
| Mark L. Hildner, Flexible Flat Panel Displays 285-312 (Gregory P. Crawford ed., 2005) |
| Liangbing Hu, et al., *Scalable Coating and Properties of Transparent, Flexible, Silver Nanowire Electrodes*, 4(5) ACS Nano 2955, 2955-2963 (2010) |
| Marc J. Madou, Fundamentals of Microfabrication and Nanotechnology (1st ed. 1997) |
| Marc J. Madou, Fundamentals of Microfabrication and Nanotechnology (3rd ed. 2012) |
| Jun Rekimoto, *SmartSkin: An Infrastructure for Freehand Manipulation on Interactive Surfaces,* CHI '02, Proceedings of the SIGCHI Conference on Human Factors in Computing Systems (Apr. 2002) |

| Description |
|---|
| Takatoshi Tsujimura, OLED Display Fundamentals and Applications, 69-103 (Anthony C. Lowe ed. 2012) |
| Tetsuo Tsutsui, et al., *Significance of Multilayer Structures in Organic Thin-Film Electroluminescent Devices*, 1910 Proceedings SPIE 180, 180-189 (1993) |
| Geoff Walker, *A review of technologies for sensing contact location on the surface of a display*, 20(8) J. Soc. of Info. Display 413, 413-440 (2012) |
| Chung-chih Wu, Light-Emitting Devices Based on Doped Polymer Thin Films (Nov. 1997) (unpublished Ph.D. dissertation, Princeton University) (on file with the Princeton Dep't of Electrical Engineering) |

| | |
|---|---|
| Dated: September 1, 2020 | Respectfully submitted,<br><br>*/s/ Daniel W. Cho*<br>Melissa R. Smith<br>Texas State Bar No. 24001351<br>melissa@gillamsmithlaw.com<br>GILLAM & SMITH, LLP<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Phone: (903) 934-8450<br>Fax: (903) 934-9257<br><br>Jeffrey H. Lerner<br>jlerner@cov.com<br>David A. Garr<br>dgarr@cov.com<br>Jared R. Frisch<br>jfrisch@cov.com<br>Grant D. Johnson<br>gjohnson@cov.com<br>Daniel W. Cho<br>dwcho@cov.com<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Phone: (202) 662-6000<br>Fax: (202) 662-6291<br><br>Robert T. Haslam<br>rhaslam@cov.com<br>COVINGTON & BURLING LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306-2112<br>Phone: (650) 632-4700<br>Fax: (650) 632-4800<br><br>**COUNSEL FOR DEFENDANTS SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.** |

6

## CERTIFICATE OF SERVICE

    I hereby certify that, on September 1, 2020, the foregoing document was filed with the Clerk of the Court using CM/ECF and that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system accordingly.

                                                                 */s/ Melissa R. Smith*
                                                                 Melissa R. Smith