IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOLAS OLED LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00152-JRG |
| | § | |
| SAMSUNG DISPLAY CO., LTD., | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

The Court issues this order in response to Plaintiff Solas OLED Ltd. ("Solas") and Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s (collectively, "Samsung") (together with Plaintiff, the "Parties") briefing (Dkt. Nos. 282, 283) and statements during the October 9, 2020 telephonic status conference regarding the setting of a trial date in the above-captioned case. Said briefing and status conference were conducted after the Court previously ordered the trial continued, to be reset by subsequent order. (Dkt. No. 278). Having considered the schedules of counsel for the Parties, potential trial witnesses for the Parties, travel schedules, and the current global health situation, the Court is of the opinion that the above-captioned case should be and hereby is specially set as first for trial in the first week of December, with jury selection to begin on December 4, 2020.

The Court notes that, during the October 9, 2020 telephonic status conference, counsel for Solas agreed that Solas would not call Samsung's alternate corporate representative as an adverse witness during trial, and such agreement will be enforced by the Court.

Accordingly, it is hereby **ORDERED** that the above-captioned case is specially set as first for trial on December 4, 2020.

**So Ordered this**

**Oct 15, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE