IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOLAS OLED LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00152-JRG |
| | § | |
| SAMSUNG DISPLAY CO., LTD., | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., | § | |
| | § | |
| *Defendants*. | § | |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "Solas" refers to Solas OLED Ltd.

- "Samsung" refers collectively to Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Display Co., Ltd.

- The "'450 Patent" refers to U.S. Patent No. 6,072,450.

- The "'338 Patent" refers to U.S. Patent No. 7,446,338.

- The "'311 Patent" refers to U.S. Patent No. 9,256,311.

- The "Patents-in-Suit" refers collectively to the '450 Patent, the '338 Patent, and the '311 Patent.

- The "Asserted Claims" refers collectively to Claims 4 and 5 of the '450 Patent, Claims 5 and 9 of the '338 Patent, and Claims 7 and 12 of the '311 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.

## READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.

## QUESTION NO. 1:

Did Solas prove by a preponderance of the evidence that Samsung infringed **ANY** of the Asserted Claims?

Yes: ✓          No: _____

**QUESTION NO. 2:**

Did Samsung prove by clear and convincing evidence that any of the following Asserted Claims are invalid?

**Check either "Yes" or "No" for each Asserted Claim listed below:**

    Claim 4 of the '450 Patent    Yes: ✓    No: _____

    Claim 5 of the '450 Patent    Yes: ✓    No: _____

    Claim 7 of the '311 Patent    Yes: _____    No: ✓

    Claim 12 of the '311 Patent    Yes: _____    No: ✓

**If you answered "NO" to Question No. 1, *OR* "YES" to BOTH CLAIMS of the '311 Patent listed in Question 2, then DO NOT answer Question No. 3.**

**Answer Question No. 3 ONLY as to any Asserted Claim of the '311 Patent that you have found BOTH to be infringed AND not invalid.**

### QUESTION NO. 3

Did Solas prove by a preponderance of the evidence that Samsung willfully infringed ANY of the Asserted Claims of the '311 Patent that you found were infringed?

Yes: ✓          No: _____

**If you answered NO to Question No. 1, then DO NOT answer Question No. 4a or Question No. 4b.**

**Answer Question No. 4a and 4b ONLY as to any Asserted Claim that you have found BOTH to be infringed AND (if applicable) not invalid.**

**QUESTION NO. 4a:**

What sum of money, if any, paid now in cash, has Solas proven by a preponderance of the evidence would compensate Solas for its damages resulting from infringement?

Answer separately for each Patent-in-Suit in United States Dollars and Cents, if any:

'450 Patent    $ 0.00

'338 Patent    $ 27,326,497.00

'311 Patent    $ 35,412,046.00

7

**QUESTION NO. 4b:**

Are each of the amounts you awarded in Question No. 4a a lump-sum representing damages for past and future sales, or are each of the amounts you awarded in Question No. 4a a running royalty representing damages through January 2021?

    **Check one of the following:**

        __✓__ Lump Sum

        **OR**

        _____ Running Royalty

8

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 8th day of March, 2021.

Jury Foreperson