IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:19-CV-00152-JRG |
| § | |
| SAMSUNG DISPLAY CO., LTD., § | |
| SAMSUNG ELECTRONICS CO., LTD., § | |
| SAMSUNG ELECTRONICS AMERICA, § | |
| INC., § | |
| § | |
| *Defendants*. § | |

# FINAL JUDGMENT

A jury trial commenced in this case on March 1, 2021, and on March 8, 2021, the jury reached and returned its unanimous verdict finding that Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, "Samsung") infringed one or more claims asserted by Plaintiff Solas OLED Ltd. ("Solas"), such claims being Claims 4 and 5 of U.S. Patent No. 6,072,450, Claims 5 and 9 of U.S. Patent No. 7,446,338, and Claims 7 and 12 of U.S. Patent No. 9,256,311 (collectively, the "Asserted Claims"); that Claims 4 and 5 of U.S. Patent No. 6,072,450 are invalid; that Claims 7 and 12 of U.S. Patent No. 9,256,311 are not invalid; that Samsung's infringement of U.S. Patent No. 9,256,311 was willful; and that Solas should recover from Samsung $27,326,497.00 for infringement of U.S. Patent No. 7,446,338 and $35,412,046.00 for infringement of U.S. Patent No. 9,256,311 in the form of a lump-sum reasonable royalty. (Dkt. No. 341).

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Samsung has infringed one or more of the following Asserted Claims: Claims 5 and 9 of U.S. Patent No. 7,446,338 and Claims 7 and 12 of U.S. Patent No. 9,256,311;

2. Claims 4 and 5 of U.S. Patent No. 6,072,450 are invalid;

3. Claims 7 and 12 of U.S. Patent No. 9,256,311 are not invalid;

4. Samsung's infringement of U.S. Patent No. 9,256,311 was willful;

5. Solas is hereby awarded damages from and against Samsung and shall accordingly have and recover from Samsung, jointly and severally, the sum of $62,737,543.00 U.S. Dollars as a lump-sum reasonable royalty;

6. The Court, having considered the totality of the circumstances together with the added benefit of having presided throughout the prosecution of this case from filing to verdict, having presided over the jury trial, and having seen both the same evidence and heard the same arguments as the jury, and mindful that enhancement is generally reserved for "egregious cases of culpable behavior,"[1] concludes that a limited enhancement of the compensatory award herein is warranted under 35 U.S.C. § 284. Consequently, the Court elects to enhance the damages awarded herein in the amount of $15,000,000.00. Solas shall recover enhanced damages in the amount of $15,000,000.00 from Samsung;

7. Pursuant to 35 U.S.C. § 284 and Supreme Court guidance that "prejudgment interest shall ordinarily be awarded absent some justification for withholding such an award,"[2] the Court awards pre-judgment interest applicable to all sums awarded herein, calculated at the 5-year U.S. Treasury Bill rate, compounded quarterly, from the date of infringement through the date of entry of this Judgment;[3]

---

[1] *Halo Electronics, Inc. v. Pulse Electronics, Inc.*, 136 S.Ct. 1923, 1934 (2016).
[2] *General Motors Corp. v. Devex Corp.*, 461 U.S. 648, 657 (1983).
[3] *See Nickson Indus., Inc. v. Rol Mfg. Co., Ltd.*, 847 F.2d 795, 800–801 (Fed. Cir. 1988).

8. Pursuant to 28 U.S.C. § 1961, the Court awards post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the date of entry of this Judgment until paid;

9. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Plaintiff Solas OLED Ltd. is the prevailing party in this case and shall recover its costs from Samsung, jointly and severally; and

10. Any Motion pursuant to 35 U.S.C. § 285 shall be filed within 21 days of this Judgment. All other relief requested by either party is **DENIED**.

The Clerk of the Court is directed to **CLOSE** the above-referenced case.

**So ORDERED and SIGNED this 22nd day of March, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE