# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SOLAS OLED LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00152-JRG |
| | § | |
| SAMSUNG DISPLAY CO., LTD., | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Solas OLED Ltd.'s ("Plaintiff") Notice Following the April 1, 2021 Telephonic Status Conference and Request Regarding Post-Trial Motions (the "Notice"). (Dkt. No. 360). In the Notice, Plaintiff requests that the Court enter an expedited post-trial briefing schedule.[1] (*Id.* at 3). Although titled a Notice, the Court understands Plaintiff's request to be a motion, which is opposed by Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. ("Defendants"). (*See* Dkt. No. 364).

Plaintiff's request is subject to the conference requirements of Local Rule CV-7(h). The Notice does not include a certificate of conference, and Defendants represent that no in-person or telephonic conference between counsel took place prior to Plaintiff filing the Notice. (*See* Dkt. No. 360; Dkt. No. 364 at 1 n.1). Accordingly, it is **ORDERED** that the Notice is **STRUCK**.

---

[1] Plaintiff includes a request for modification of the deadline to file post-trial motions. (Dkt. No. 360 at 3). The Court notes that the time limit for filing a motion for new trial or motion for judgment as a matter of law cannot be extended. Fed. R. Civ. P. 6(b) ("A court must not extend the time to act under Rules 50(b) and (d), 52(b), 59(b), (d), and (e), and 60(b)."); *see Tarlton v. Exxon*, 688 F.2d 973, 977 (5th Cir. 1982) ("The time limit for filing a new trial motion imposed in Rule 59(b) is mandatory and jurisdictional; it cannot be extended by the trial court."). Likewise, the Court is not inclined to shorten the post-trial motion deadline. Should Plaintiff properly request modification of other post-trial briefing deadlines, the Court will consider such a request.

**So Ordered this**

**Apr 9, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE