**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| SOLAS OLED LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD, and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Action No. 2:19-cv-152-JRG |

## NOTICE OF SUBMISSION OF DEMONSTRATIVE SLIDES DISPLAYED BY PLAINTIFF TO THE JURY DURING TRIAL

This constitutes a Notice of Submission of Demonstrative Slides displayed by Plaintiff Solas OLED Ltd. to the jury during the March 1, 2021 trial against Samsung Display Co., Ltd., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. The following redacted version of the demonstratives are hereby submitted:

| Witness Testimony | Exhibit # |
|---|---|
| March 2, 2021 Trial Demonstratives (Redacted) presented during testimony by Dr. Thomas Credelle regarding infringement of the '311 patent, the '450 patent, and the '338 patent. | A |
| March 3, 2021 Trial Demonstratives presented during testimony by Mr. Stephen Dell regarding damages. | B |

1

| | |
|---|---|
| March 3, 2021 Trial Demonstratives presented during testimony by Mr. Joseph Repice. | C |
| March 3, 2021 Trial Demonstratives (Redacted) presented during testimony by Mr. Won-Kyu Kwak. | D |
| March 4, 2021 Trial Demonstratives (Redacted) presented during testimony by Dr. Adam Fontecchio. | E |
| March 4, 2021 Trial Demonstratives (Redacted) presented during testimony by Mr. Konstantinos Sierros. | F |
| March 5, 2021 Trial Demonstratives (Redacted) presented during testimony by Mr. Yongseog Kim. | G |
| March 5, 2021 Trial Demonstratives (Redacted) presented during testimony by Mr. Christopher Martinez. | H |

Dated: April 26, 2021

/s/ Reza Mirzaie_____
Marc Fenster (CA SB No. 181067)
Reza Mirzaie (CA SB No. 246953)
Neil A. Rubin (CA SB No. 181067)
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
E-mail: mfenster@raklaw.com
E-mail: rmirzaie@raklaw.com
E-mail: nrubin@raklaw.com

Sean A. Luner
CA State Bar No. 165443
Gregory S. Dovel
CA State Bar No. 135387
Jonas B. Jacobson

CA State Bar No. 269912
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Email: sean@dovel.com
Email: greg@dovel.com
Email: jonas@dovel.com

Of Counsel:
T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
Charles Everingham IV
Texas State Bar No. 00787447
Email: ce@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

**ATTORNEYS FOR PLAINTIFF
SOLAS OLED, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 26th day of April, 2021.

/s/ *Reza Mirzaie*
Reza Mirzaie