# EXHIBIT A

# REDACTED

# PART 1 OF 14

# Solas OLED Ltd.

# v

# Samsung Display Co. LTD.

Case No. 2:19-cv-00152-JRG

# Infringement

# Thomas Credelle: Background



## 40+ years real-world experience:

- ✓ LCD

- ✓ OLED

- ✓ Touch Sensor Technology



## Owner:

- Patent and business consulting firm

1

# Thomas Credelle: Background





Inventors: **Thomas L. Credelle**



# 80+ Patents

## LCD/OLED Flat panel display

# Thomas Credelle: Education





B.S. Electrical Engineering

M.S. Electrical Engineering

3

# Thomas Credelle: Real-World Experience









4

# Thomas Credelle: Experience





**Sarnoff Research Center**







# Assignment: Analyze Infringement

'311 Patent

'450 Patent

'338 Patent

# Materials Reviewed

- The '311, '450, and '338 patents

- The patent file histories of the '311, '450, and '338 patents

- Documents about the invention of the '311 patent

- Deposition testimony  **HIGHLY CONFIDENTIAL**

- Samsung's Panel Design Reviews (PDR)  **HIGHLY CONFIDENTIAL**

- Samsung's Graphic Design Files (GDS)  **HIGHLY CONFIDENTIAL**

- Samsung's Product Model Drawings (DWG)  **HIGHLY CONFIDENTIAL**

- Samsung's Product Specifications  **HIGHLY CONFIDENTIAL**

7

# '311 Patent

# The Invention of the '311 Patent

**'311** | **Applying Claim Language to Samsung Galaxy Phones**

# Investigation of When Invention and Prototyping Occurred

# Samsung's Knowledge of the '311 Patent

# The Invention of the '311 Patent

'311 | **Applying Claim Language to Samsung Galaxy Phones**

**Investigation of When Invention and Prototyping Occurred**

**Samsung's Knowledge of the '311 Patent**

10

# 311 Patent



Patent No.: US 9,256,**311** B2

Date of Patent: Feb. 9, 2016

FLEXIBLE TOUCH SENSOR

Inventors: Esat Yilmaz, Santa Cruz, CA (US);
Steven Alan Laub, Atherton, CA (US);
Jalil Shaikh, Fremont, CA (US)

Filed: Oct. 28, 2011

- **Date of Invention: Jan. 2011**

11

# Capacitive Touch Sensing Technology



Touch controller

Touch Sensor

y

Computer determines
touch coordinates

Further system action
(e.g., display, app operation)

# Conductive Materials Used in Touch Sensors

## ITO (old)



## Metal Mesh (new)

# Touch Sensor Configured to Wrap Around an Edge of a Display



# Touch Sensor Configured to Wrap Around an Edge of a Display



# Benefits of the '311 Patent Invention



- ✓ Less resistive with better touch response
- ✓ Lower cost
- ✓ More flexible
- ✓ Greater surface touch area for slim or no border
- ✓ 3D design (new form factors)

21

# The Invention of the '311 Patent

## '311 | Applying Claim Language to Samsung Galaxy Phones

## Investigation of When Invention and Prototyping Occurred

## Samsung's Knowledge of the '311 Patent

# '311 Patent: Infringing Devices



**All devices Infringe claims 7 & 12**

23