**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SOLAS OLED LTD.,<br><br>    Plaintiff,<br><br>        v.<br><br>SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Civil Action No. 2:19-cv-00152-JRG |

**NOTICE OF PTAB FINAL WRITTEN DECISION ON
*INTER PARTES* REVIEW OF U.S. PATENT NO. 7,446,338**

Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. attach hereto the June 7, 2021 Final Written Decision on *Inter Partes* Review of U.S. Patent No. 7,446,338 (the "'338 patent") in IPR2020-00320 issued by the Patent Trial and Appeal Board ("PTAB"). The PTAB's Final Written Decision has determined that all challenged claims (i.e., claims 1–3 and 5–13 of the '338 patent) are unpatentable.

Dated: June 8, 2021

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

        Jeffrey H. Lerner
        jlerner@cov.com
        David A. Garr
        dgarr@cov.com
        Jared R. Frisch
        jfrisch@cov.com
        Daniel W. Cho
        dwcho@cov.com
        Tarek J. Austin
        taustin@cov.com
        Eric T. O'Brien
        eobrien@cov.com
        David J. Cho
        djcho@cov.com
        COVINGTON & BURLING LLP
        One CityCenter
        850 Tenth Street, NW
        Washington, DC 20001-4956
        Phone: (202) 662-6000
        Fax: (202) 662-6291

        Robert T. Haslam
        rhaslam@cov.com
        COVINGTON & BURLING LLP
        3000 El Camino Real
        5 Palo Alto Square, 10th Floor
        Palo Alto, CA 94306-2112
        Phone: (650) 632-4700
        Fax: (650) 632-4800

        **COUNSEL FOR DEFENDANTS SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this June 8, 2021.

*/s/ Melissa R. Smith*
Melissa R. Smith
