IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD, and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Action No. 2:19-cv-152-JRG <br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR REQUEST FOR ORAL HEARING REGARDING POST-TRIAL MOTIONS

Plaintiff Solas OLED Ltd. ("Plaintiff"), files this Unopposed Motion for Oral Hearing Regarding Post-Trial Motions.

On June 10, 2021, after the post-trial motions in this case were fully briefed, the Court issued an Order (Dkt. 403) *sua sponte* ordering the parties to mediate. The parties mediated on July 22, 2021, but the mediation ended in an impasse.

Accordingly, Solas asks that the Court set a hearing on the post-trial motions. Those motions include:

- ECF No. 371 – Defendants' Rule 50(b) Motion for Judgment as a Matter of Law of Non-infringement, No Willful Infringement, and Invalidity of the Asserted Claims of the '311 Patent

- ECF No. 372 – Defendants' Rule 50(b) Motion for Judgment as a Matter of Law of Non-infringement of the Asserted Claims of the '338 Patent

- ECF No. 373 – Defendants' Rule 50(b) Motion for Judgment as a Matter of Law of No Damages

- ECF No. 374 – Defendants' Rule 59 Motion for New Trial

1

Defendants do not oppose Solas's motion, but defer to the Court's preference as to whether to hold a hearing. A proposed order is submitted herewith.

Dated: October 18, 2021

*/s/ Reza Mirzaie w/permission Andrea L. Fair*
Marc Fenster (CA SB No. 181067)
Reza Mirzaie (CA SB No. 246953)
Neil A. Rubin (CA SB No. 181067)
Kent N. Shum (CA SB No. 259189)
Theresa Troupson (CA SBN 301215)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
E-mail: mfenster@raklaw.com
E-mail: rmirzaie@raklaw.com
E-mail: nrubin@raklaw.com
E-mail: kshum@raklaw.com
E-mail: ttroupson@raklaw.com

Sean A. Luner
CA State Bar No. 165443
Gregory S. Dovel
CA State Bar No. 135387
Jonas B. Jacobson
CA State Bar No. 269912
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Email: sean@dovel.com
Email: greg@dovel.com
Email: jonas@dovel.com

*Of Counsel*:

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair

Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

**ATTORNEYS FOR PLAINTIFF
SOLAS OLED, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 18th day of October, 2021.

/s/ *Andrea L. Fair*
Andrea L. Fair

## CERTIFICATE OF CONFERENCE

The parties have met and conferred regarding the relief sought in this motion. Defendants do not oppose Solas's motion, but defer to the Court's preference as to whether or not to hold a hearing.

/s/ *Andrea L. Fair*
Andrea L. Fair